UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. ROSE, ) | 1:07-cv-01554-OWW-TAG HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | MOTION FILED ON JANUARY 4, 2008 |
| v. ) | AS MOOT (Doc. 6) |
| ) | |
| JAMES HARTLEY, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed his petition on October 24, 2007.  (Doc. 1).  On December 3, 2007, the Court ordered Respondent to file a response.  (Doc. 4).  On January 4, 2008, Petitioner filed an omnibus motion making various requests, including leave to file an amended petition, an expedited review, and review by a district judge.  (Doc. 6).  At the same time, Petitioner lodged with the Court a document styled as an amended petition.  (Docs. 7).  That same day, the Clerk of the Court filed the document as a supplement to the original petition because, in the document itself, Petitioner clearly indicated that he did not wish the "amended petition" to supplant but only supplement the arguments and authorities contained in the original petition.  (Doc. 8).  Thus, to the extent that Petitioner's motion asks for leave to supplement the original petition, that motion has already been implicitly

1  granted by the actions of the Clerk of the Court in filing the supplemental petition pursuant to the
2  Court's directions.
3       On February 1, 2008, Respondent filed a motion to dismiss the petition as untimely. (Doc.
4  9). On July 14, 2008, the Court issued Findings and Recommendations to grant the motion to
5  dismiss the petition as untimely. In light of those Findings and Recommendations, to the extent that
6  Petitioner's motion requests *any* relief other than to supplement the original petition, it is moot.
7       Accordingly, it is HEREBY ORDERED that Petitioner's motion filed January 4, 2008 (Doc.
8  6), is DENIED as MOOT.
9
10 IT IS SO ORDERED.
11 Dated:   **July 21, 2008**                                         **/s/ Theresa A. Goldner**
                                                                UNITED STATES MAGISTRATE JUDGE