# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. ROSE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JAMES HARTLEY,<br><br>　　　　　Respondent. | 1:07-cv-01554-OWW-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 14)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 9)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On February 1, 2008, Respondent filed a motion to dismiss the petition for failure to exhaust and as untimely. (Doc. 9). On July 14, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because the petition was untimely. (Doc. 14). This Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On August 4, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 19). On August 11, 2008, Respondent filed a reply to Petitioner's objections. (Doc. 20).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations, filed July 14, 2008 (Doc. 14), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 9), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   August 14, 2008**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE